O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SA 07-0068 M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| Steven Savage, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the Honorable Paul V. Gadola, United States District Judge, of the United States District Court for the Eastern District of Michigan, for an alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, his lack of bail resources,

      his lack of a stable residence, and the nature of the charge offense, which indicates he is unlikely to comply with conditions of release;

      and

B.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and his criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 8, 2007

                                            ARTHUR NAKAZATO
                                            ARTHUR NAKAZATO
                                UNITES STATES MAGISTRATE JUDGE